IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-08-00384-CV

 

American Housing Foundation 

and College Station Texas 

Southgate Village, LTD.,

                                                                                    Appellants

 v.

 

Brazos County Appraisal District,

                                                                                    Appellee

 

 



From the 361st District Court

Brazos County, Texas

Trial Court No. 06-002010-CV-361

 



MEMORANDUM OPINION










 

            Appellants American Housing Foundation
and College Station Texas Southgate Village, Ltd. appealed the trial court’s
judgment rendered against them.  Appellants now file a motion to dismiss their
appeal stating that they no longer wished to pursue the appeal.  The
certificate of conference states that appellee is unopposed to the motion.

            Accordingly, this appeal is
dismissed.  See Tex. R. App. P.
42.1(a)(1).

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Reyna, and

            Justice
Davis

Appeal
dismissed

Opinion
delivered and filed February 11, 2009

[CV06]






#160;                                           PER CURIAM

Before Chief Justice Gray,
      Justice Vance, and
      Justice Reyna
Appeals dismissed
Opinion delivered and filed April 28, 2004
Do not publish
[CR25]